UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20717-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**STUART ALAN STARR**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on Defendant's third Motion to Continue [ECF No. 71], filed May 24, 2019. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**. The sentencing hearing should be over by 9:30 a.m. on June 27, 2019, giving defense counsel ample time to travel to Bonita Springs, Florida for a conference that begins on June 28, 2019.

**DONE AND ORDERED** in Miami, Florida, this 28th day of May, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record